## (October 20, 1960)

■ ESTHER KOSCHITZKI, Respondent, v. CHASKIEL KOSCHITZKI, Appellant.— Motion by appellant for a stay pending appeal, granted on the following conditions: (a) that, commencing as of September 16, 1960, appellant shall pay to respondent the sum of $50 weekly on account of the alimony *pendente lite*; (b) that, within five days after entry of the order hereon, appellant shall pay $200 on account of the counsel fee; and (c) that appellant be ready to argue or submit the appeal on November 10, 1960. The appeal is ordered on the calendar for said date. On the court's own motion, the appeal will be heard on the original papers and on typewritten briefs. The parties are directed to file six copies of their respective briefs and to serve one copy on each other. The appellant's typewritten brief must be served and filed on or before November 1, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ IDA M. DAWN, Respondent, v. DAVID DAWN, Appellant.— Motion by appellant for a stay pending appeal, granted to the extent of staying the directions in the order appealed from with respect to the custody of the child Robert, on condition that the appeal be perfected and that appellant be ready to argue or submit it at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. Appellant's brief shall be filed and served on or before November 10, 1960. In all other respects, the motion for the stay is denied. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ BALL MOTORS, INC., Respondent, v. ORANGE COUNTY TRUST COMPANY et al., Appellants.— Motion by appellants for a stay pending appeal, granted on condition that the appellants perfect the appeal and be ready to argue or submit it at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. The record and appellants' brief or briefs must be served and filed on or before November 14, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ ROSALIE BASILISCO, Respondent, v. PASQUALE BASILISCO, Appellant.— Motion by appellant to dispense with printing of the appeal record, pursuant to stipulations of the parties, granted. The appeal is ordered on the calendar for the November Term, beginning October 31, 1960. The appeal will be heard on the original papers and original exhibits (including five typed copies of the minutes) and on typewritten briefs. The parties are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. The appellant's brief must be served and filed on or before October 26, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.